**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **ROBERT BELL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )    No. 4:06-CV-822-JCH |
| | ) |
| **LORENZO CHANCELLOR, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants Chancellor, Miller, Chalmers, Jasper, Paine, Woods, Schommer, Fields, Jackson, Williams, Walls, Attusburg, McPhaton, Watson, Harris, Singer, Clemons, Brown and Walker, plaintiff's complaint be **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 28th day of June, 2006.

                                          **/s/ Jean C. Hamilton**
                                          **UNITED STATES DISTRICT JUDGE**